**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**MATILDA JEAN RENFRO,**

     **Plaintiff,**

**v.**                                             **CASE NO. 1:14-cv-161-RS-GRJ**

**BRYON CARROLL,**

     **Defendants.**

_____/

## ORDER

     Before me is the Magistrate Judge's Report and Recommendation (Doc. 5). I have reviewed the report and recommendation *de novo*. I have also reviewed Plaintiff's Objections (Doc. 6, 7). The objections do not appear to refute the Magistrate Judge's conclusion that the factual allegations in the Complaint, taken as true, do not rise to the level of any cognizable claim.

     **IT IS ORDERED:**

     1.  The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

     2.  The Complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

     3.  The Clerk is directed to close this case.

**ORDERED** on December 8, 2014.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**